TICE GINSBURG would grant the application for stay of execution.

No. 99-6315 (A-254). SULLIVAN v. DELAWARE. Sup. Ct. Del. Application for stay of execution of sentence of death, presented to JUSTICE SOUTER, and by him referred to the Court, denied. Certiorari denied.

SEPTEMBER 24, 1999

No. 98-1961. INTERNATIONAL BUSINESS MACHINES CORP. ET AL. v. MCAULEY ET AL. C. A. 6th Cir. Certiorari dismissed under this Court's Rule 46.1.

No. 99-6201 (A-235). GREEN v. NORTH CAROLINA. Sup. Ct. N. C. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied.

No. 99-6278 (A-244). GREEN v. NORTH CAROLINA. Gen. Ct. Justice, Super. Ct. Div., Pitt County, N. C. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied.

No. 99-6313 (A-252). GREEN v. LEE, WARDEN. C. A. 4th Cir. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied.

No. 99-6319 (A-256). GREEN v. NORTH CAROLINA. Sup. Ct. N. C. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied.

SEPTEMBER 27, 1999

No. A-241 (99-451). LEWIS, WARDEN, ET AL. v. GARCIA DELGADO. C. A. 9th Cir. Application for stay of judgment of the